■ ZSIGMOND M. VINCZE, Petitioner, v STATE HUMAN RIGHTS APPEAL BOARD et al., Respondents.—Cross motion to dismiss petition for lack of jurisdiction unanimously denied, the determination of the State Human Rights Appeal Board, dated December 29, 1975, unanimously confirmed, and the petition dismissed, without costs and without disbursements. No opinion. Concur—Stevens, P. J., Markewich, Murphy, Birns and Nunez, JJ.